UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Brian Helm,

           Plaintiff,

-vs-                                          Case No. 2:10-cv-746-FtM-29SPC

Larry Chatfield, et al.,

           Defendants.
_____/

**ORDER**

This matter comes before the Court on Plaintiff's Motion in Opposition to Serve a Responsive Pleading 21 Days After Service of Last Defendant (Doc. #35) filed on April 5, 2011. Upon meeting and conferring pursuant to Local Rule 3.01(g), Plaintiff *pro se* agreed to a 21-day extension for Defendants who have been served with process in this case to serve a responsive pleading to Plaintiff's Amended Complaint. Thus, Defendants filed a Motion requesting the extension on April 4, 2011 (Doc. #32), which the Court granted for good cause on April 5, 2011 (Doc. #33). Thus, Defendants Liem, Kelly, Vaccaro, Wilson, and Bolivar have up to and including April 29, 2011 to file their responsive pleading. The Court has not granted an extension of time for any of the last Defendants that remain to be served to file a responsive pleading and will not do so until a motion for extension is filed. Therefore, Plaintiff's opposition to allowing an extension of time for the remaining Defendants to serve a responsive pleading is due to be denied as it is premature.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion in Opposition to Serve a Responsive Pleading 21 Days After Service of Last Defendant (Doc. #35) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   7th    day of April, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record