UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Brian Helm,

          Plaintiff,

-vs-                                                    Case No.  2:10-cv-746-FtM-29SPC

Larry Chatfield, et al.,

          Defendant.
_____/

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Serve Defendants (Doc. #44) filed on May 3, 2011.  Plaintiff *pro se* moves for an extension of the deadline to serve the five remaining Defendants in this case.  Based upon the Plaintiff's representations regarding his efforts to serve the Defendants, the Court finds good cause to grant the Motion.

Accordingly, it is now

**ORDERED:**

(1)    Plaintiff's Motion for Extension of Time to Serve Defendants (Doc. #44) is **GRANTED**.  Plaintiff shall have up to and including **July 5, 2011** to serve the remaining Defendants.

(2)    The Clerk of the Court shall mail five (5) summonses and Marshal 285 forms to the Plaintiff.  Plaintiff shall complete the forms for the remaining Defendant who have not been served, and mail the forms to the Clerk of the Court within **fifteen [15] days** of the date of this Order.

(3)   The Clerk shall then provide the completed forms to the United States Marshal. Upon receipt of the completed forms, **the United States Marshal is directed to serve them upon the defendant(s) without cost to the Plaintiff.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of May, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record